UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Terry Fox | ) | Case No. 10-48925-399 |
| | ) | Chapter 13 |
| | ) | Objection to Claim |
| Debtor(s). | ) | **Doc. 12** |

### CERTIFICATION OF NO RESPONSE

    The undersigned certifies that all entities entitled to notice of the Objection to this Claim in accordance with applicable Bankruptcy Rules, have been served with the foregoing objection, that more than 21 days have passes since the service of Debtor(s)' Motion. No responses in opposition have been filed. Movant requests the Court enter proposed order below, which supercedes any prior proposed orders.

Dated: 9/10/10

/s/ Andrew Magdy
Andrew Magdy, #60390, #5263950
1861 Sherman Drive
St. Charles, MO 63303
Tel. (636) 916-5400
Fax (636) 916-5402
E-mail: andrew@lickerlawfirm.com
Attorney for Debtor

### ORDER

Upon Debtor's Objection to the Claim of CitiFinancial Auto Corporation, for good cause shown, IT IS ORDERED that Debtor's Objetion is Sustained; and

IT IS FURTHER ORDERED that the claim number 2 is allowed as a secured claim in the amount of $5,213.75 and unsecured in the amount of $5,439.35.

DATED: September 14, 2010
St. Louis, Missouri
lat

Barry S. Schermer
Chief United States Bankruptcy Judge

**Copies to:**

**Terry L. Fox**
**5415 Nagel Ave.**
**St. Louis, MO 63109**

**A & L, Licker Law Firm, LLC**
**1861 Sherman Dr,**
**St. Charles, MO 63303**

**John V. LaBarge, Jr.**
**PO Box 43098**
**St. Louis, MO 63143**

**CitiFinancial Auto Corporation**
**P.O. Box 9578**
**Coppell, TX 75019-9578**